# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00053-DOC-ADSx | Date | April 1, 2022 |
|---|---|---|---|
| Title | Yeong Lee v. Shin Sung LLC et al | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On January 12, 2022, the Court issued a standing order re: PROSECUTION OF CERTAIN CASES UNDER THE AMERICANS WITH DISABILITIES (Dkt. 10). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders that the plaintiff be sanctioned $300−−payable to the clerk of the court within two weeks of this notice -- for failure to comply with the Orders of the Court.

      -   :   -

Initials of Deputy Clerk   kdu